STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Scott Steever

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| **United States of America,** | Case Number: CR 14-00639 EMC |
|---|---|
| Plaintiff, | |
| v. | **Joint Stipulation and [P~~rop~~osed] Order Continuing March 16, 2016, Motion Hearing to April 20, 2016** |
| **Robert Anderson and Scott Steever,** | |
| Defendants. | Date:  March 16, 2016<br>Time:  2:30 p.m. |

## STIPULATION

Defendant Scott Steever is currently set for motion hearing before the Court on March 16, 2016. Mr. Steever had a transanal protectomy surgery on January 4, 2016. After his surgery he had complications and an infection resulting from wound healing that required daily visiting nurse care. He had carotid artery surgery on March 4, 2016, and is presently recovering.

Due to the unavailability of Mr. Steever for medical reasons the parties are jointly requesting a continuance of the currently set motion hearing date from March 16, 2016, to **April 20, 2016, at 2:30 p.m.**

Additionally, the parties jointly request an exclusion of time under the Speedy Trial Act from March 16, 2016, to April 20, 2016. In light of Mr. Steever's unavailability due to continuing medical issues and the resulting impact on the investigation, research, and other tasks necessary to prepare a defense and counsel Mr. Steever—additional time is necessary for the effective preparation of counsel. Accordingly, failure to grant a continuance would unreasonably deny Mr. Steever the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(6) and (h)(7).

SO STIPULATED.

Dated: March 15, 2016                /s/ *Andrew Huang*
                                     ANDREW HUANG
                                     Assistant United States Attorney

Dated: March 15, 2016                 /s/ *Candis Mitchell*
                                     CANDIS MITCHELL
                                     Attorney for Defendant Steever

# [Propo~~s~~ed] Order

For the reasons stated above, the Court continues the motion hearing date from March 16, 2016, to **April 20, 2016, at 2:30 p.m.**

Time is ordered excluded from March 16, 2016, to April 20, 2016, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (h)(7).

SO ORDERED.

Dated: March 16, 2016



**EDWA**[RD M. CHEN]
United S[tates District Judge]

IT IS SO ORDERED
Judge Edward M. Chen

Jt. Stip. Cont. Hearing & [Prop.] Order
CR 14-00639 EMC                                                 3