STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Scott Steever

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>          Plaintiff,<br><br>v.<br><br>**Scott Steever,**<br><br>          Defendants. | Case Number: CR 14-00639 EMC<br><br>**Joint Stipulation and [P~~roposed~~] Order Continuing February 22, 2017, Sentencing Date to April 12, 2017**<br><br>**Date:   February 22, 2017**<br>**Time:   2:30 p.m.** |

**STIPULATION**

Defendant Scott Steever is currently set for sentencing hearing before the Court on February 22, 2017. Mr. Steever has a number of heath conditions requiring extensive medical treatment and is expected to receive multiple surgeries during the period between now and his currently set sentencing date. It is anticipated that his post-surgery recovery will take a number of weeks.

Accordingly, counsel jointly request a continuance of the presently set sentencing hearing from February 22, 2017, at 2:30 p.m., to **April 12, 2017, at 2:30 p.m.**

//

SO STIPULATED.

Dated: January 27, 2017                               /s/ *Chinhayi Cadet*
                                                      CHINHAYI CADET
                                                      Assistant United States Attorney

Dated: January 27, 2017                               /s/ *Candis Mitchell*
                                                      CANDIS MITCHELL
                                                      Attorney for Defendant Steever

## [Proposed] Order

For the reasons stated above, the Court continues the sentencing date from February 22, 2017, at 2:30 p.m., to **April 12, 2017, at 2:30 p.m**

SO ORDERED.

Dated: February 2, 2017

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jt. Stip. Cont. Sent. & [Prop.] Order
CR 14-00639 EMC                                       2